# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALAN GRAYSON,**

      **Plaintiff,**

**v.**                                                          **Case No: 6:20-cv-1824-PGB-LRH**

**NO LABELS, INC., PROGRESS TOMORROW, INC., UNITED TOGETHER, INC., NANCY JACOBSON, MARK PENN and JOHN DOES,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION TO COMPEL (Doc. 38)**
>
> **FILED:**      **July 9, 2021**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On July 9, 2021, Plaintiff filed a motion to compel Defendants to produce documents in response to his First Requests for Production (Doc. 38-1). (Doc 38).[1] On December 11, 2020, Plaintiff served requests for production on each of the Defendants. (Doc. 38-1, at 8, 16, 24, 32, 40). Defendants served Plaintiff with their responses on January 11, 2021. (Docs. 38-2, 38-3, 38-

---

[1] The Court notes that Plaintiff's motion does not comply with the typography requirements set forth in Local Rule 1.08. Given the recent changes to the Local Rules, the Court will accept the filing but cautions that future filings must comply with the current version of the Local Rules.

4, 38-5, 38-6).  Plaintiff asserts that Defendants did not produce all the requested documents and that they responded to each of his requests with non-specific, boilerplate objections.  (Doc. 38). Plaintiff asks the Court to deem all of Defendants' objections "rejected," compel Defendants to respond in full to the requests for production, and award him costs and fees.  (*Id.*, at 3).

Pursuant to the Court's standing Order on Discovery Motions, Defendants had five (5) days to file a response to Plaintiff's motion.  *See* Doc. 5, ¶ 5.  As of the writing of this Order, however, Defendants have not responded to the motion, and the time for doing so has expired.  Accordingly, pursuant to the Standing Order, the Court considers the motion to be unopposed.  *See id.* (emphasis added) ("[A] failure to file a timely response *will* result in the Motion being deemed unopposed.").

Upon review of Plaintiff's motion, and in the absence of opposition by Defendants, the Court finds Plaintiff's requests well taken.  Accordingly, Plaintiff's Motion to Compel (Doc. 38) is **GRANTED**, and it is **ORDERED** that:

1. Because Defendants have wholly failed to respond to the present motion to compel, their objections thereto are deemed abandoned and therefore **OVERRULED**.  *See, e.g.*, *Jackson v. Geometrica, Inc.*, No. 3:04-cv-640-J-20HTS, 2006 WL 213860, at *1 (M.D. Fla. Jan. 27, 2006) (objections not addressed in response to a motion to compel are deemed abandoned).

2. On or before **July 30, 2021**, Defendants shall produce for inspection and copying all documents in their possession, custody, or control responsive to Plaintiff's First Requests for Production (Doc. 38-1), to the extent they have not already done so.  If no such responsive documents exist, Defendants shall amend their responses and clearly state as much.  **Absent truly exigent circumstances, this deadline will not be extended**.

3. In the absence of any response to the present motion, the Court finds that Defendants' failure to adequately respond to Plaintiff's requests for production was not substantially justified, and no other circumstances make an award of expenses unjust. *See* Fed. R. Civ. P. 37(a)(5)(A). Accordingly, Defendants shall be jointly and severally **liable** for the reasonable fees and expenses incurred by Plaintiff in filing this motion. On or before **July 30, 2021**, counsel for Plaintiff and Defendants shall meet and confer in good faith to determine an amount of reasonable fees and expenses that should be awarded to Plaintiff. The parties shall file a joint notice of the amount agreed upon on or before **5:00 p.m. on July 30, 2021**. If the parties are unable to reach an agreement by that time, counsel for Plaintiff shall file a motion, supported by appropriate documentation, for its reasonable fees and expenses incurred in filing the present motion. That motion, if necessary, shall be filed by **August 6, 2021**.

4. **Defendants are cautioned that failure to comply with this Order may result in sanctions, up to and including entry of default against them.** *See* **Fed. R. Civ. P. 37(b)(2).**

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2021.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record