# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALAN GRAYSON,

      **Plaintiff,**

v.                                                                            Case No: 6:20-cv-1824-PGB-LRH

NO LABELS, INC., PROGRESS
TOMORROW, INC., UNITED
TOGETHER, INC., NANCY JACOBSON,
MARK PENN and JOHN DOES,

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **DEFENDANTS' MOTION FOR RECONSIDERATION/RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (Doc. 40)**
>
> **FILED:**     **July 16, 2021**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendants have filed the present motion asking the Court to reconsider its July 16, 2021 order (Doc. 39) granting as unopposed Plaintiff's motion to compel (Doc. 38). Upon review, Defendants' motion (Doc. 40) is denied without prejudice for failure to comply with Local Rules 1.08 and 3.01(g).

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on July 19, 2021.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record