# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALAN GRAYSON,

      Plaintiff,

v.                                              Case No: 6:20-cv-1824-PGB-LRH

NO LABELS, INC., PROGRESS
TOMORROW, INC., UNITED
TOGETHER, INC., NANCY JACOBSON,
MARK PENN and JOHN DOES,

      Defendants.

## ORDER

This matter comes before the Court on review of the parties' Amended Joint Notice on Agreed Attorneys' Fees (Doc. 48),[1] in which the parties state that they have reached a compromise on the amount of fees and costs that should be awarded to Plaintiff based on the Court's Order granting Plaintiff's motion to compel (Doc. 39).  Pursuant to the parties' agreement (Doc. 48), it is **ORDERED** that, on or before **September 24, 2021**, Defendants shall deliver to Plaintiff $4,000.00 in resolution of Plaintiff's request for fees and costs in conjunction with the motion to compel.

**DONE** and **ORDERED** in Orlando, Florida on September 17, 2021.

*[signature: Leslie R. Hoffman]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' initial joint notice did not include counsel for Defendants' signature.  *See* Doc. 47.

Copies furnished to:

Counsel of Record