UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAN GRAYSON,

      Plaintiff,

v.                                      Case No:   6:20-cv-1824-PGB-LRH

NO LABELS, INC.,
PROGRESS TOMORROW, INC.,
UNITED TOGETHER, INC.,
NANCY JACOBSON,
MARK PENN and
JOHN DOES

      Defendants.

## ORDER

This cause comes before the Court on Plaintiff's Motion for Extension of Discovery, which Plaintiff filed on November 30, 2021.  (Doc. 68).  Plaintiff seeks a two-month extension of the discovery deadline, which is currently set to expire today, December 1, 2021.  (*Id.*; *see* Doc. 22).

Ordinarily, pursuant to Local Rule 3.01(c), a party may respond to a motion within fourteen days after service of the motion.  However, given the impending deadlines in the Case Management and Scheduling Order, including the dispositive motions deadline of January 3, 2022, the Court finds it appropriate to shorten the

time period for Defendants to file their response. Accordingly, it is **ORDERED** that Defendants shall file their response to Plaintiff's motion (Doc. 68) on or before **5:00 p.m. on December 8, 2021**. This deadline will not be extended. Failure to respond will result in the motion being deemed unopposed.

    **DONE** and **ORDERED** in Orlando, Florida on December 1, 2021.

*/s/ Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record