# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALAN GRAYSON,

        Plaintiff,

v.                                  Case No:   6:20-cv-1824-PGB-LRH

NO LABELS, INC.,
PROGRESS TOMORROW, INC.,
UNITED TOGETHER, INC.,
NANCY JACOBSON,
MARK PENN and
JOHN DOES

        Defendants.

## ORDER

This cause is before the Court on Plaintiff's Motion to Compel Production of Documents Within Defendants' Control (Doc. 67), Plaintiff's Motion to Compel Testimony of Lolita Grayson (Doc. 70), and Defendants' responses in opposition to both motions (Docs. 72, 74).  With respect to Plaintiff's Motion to Compel Production of Documents Within Defendants' Control (Doc. 67), Plaintiff argues that the non-party records at issue in the motion are within Defendants' control, an assertion that Defendants dispute.  *See* Docs. 67, 72.   Upon review of the motion and the response, the Court requires supplemental briefing on this issue, including

citation to relevant legal authority, in order to resolve the motion. And with respect to Plaintiff's Motion to Compel Testimony of Lolita Grayson (Doc. 70), while Plaintiff primarily requests leave to conduct an additional/continued deposition of non-party Lolita Grayson, Plaintiff's motion only provides analysis and authority with respect to Plaintiff's alternative request that Lolita Grayson's testimony be stricken. *See* Doc. 70. Thus, the Court requires supplemental briefing to resolve this motion as well.

Accordingly, on or before **5:00 p.m. on Thursday, December 16, 2021**, Plaintiff shall file supplemental briefing, with citation to relevant legal authority, further addressing the issues discussed herein. Defendants shall file their responses on or before **5:00 p.m. on Monday, December 20, 2021**. Plaintiff may address both motions in one supplemental brief, of no more than **fifteen (15) pages**. Defendants may also file a single responsive brief, also not to exceed **fifteen (15) pages**.

**DONE** and **ORDERED** in Orlando, Florida on December 13, 2021.

*[Signature: Leslie R. Hoffman]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record