**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ALAN GRAYSON,**

        **Plaintiff,**

v.                                              **Case No: 6:20-cv-1824-PGB-LRH**

**NO LABELS, INC., PROGRESS TOMORROW, INC., UNITED TOGETHER, INC., NANCY JACOBSON, MARK PENN and JOHN DOES,**

        **Defendants.**

_____/

**ORDER TO SHOW CAUSE**

This case is before the Court upon review of the file. The parties have failed to comply with the Court's Case Management and Scheduling Order (Doc. 22) requiring a report on the outcome of mediation within seven (7) days following the mediation conference. Therefore, it is

**ORDERED** that the parties shall **SHOW CAUSE** and file their response to said Order within **fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on December 27, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record