IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAN GRAYSON,

    Plaintiff,

v.    CASE NO.: 6:20-cv-01824-PGB-LRH

NO LABELS, INC.;
PROGRESS TOMORROW,
INC.; UNITED TOGETHER, INC.;
NANCY JACOBSON, MARK PENN,
and JOHN DOE(S)

    Defendants.
_____/

## DEFENDANT NANCY JACOBSON'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

I, NANCY JACOBSON, make the following declaration in support of *Defendants' Motions for Summary Judgment*:

1. My name is Nancy Jacobson and I am over 21 years of age and I have personal knowledge of the facts set forth in this Declaration.

2. I am the President and founder of No Labels, Inc., a 501(c)(4) organization committed to fighting political polarization and gridlock, for which I serve as an unpaid volunteer.

3. My sole involvement in this matter was as an independent fundraiser, who matched donors that wanted to be involved in political campaigns with political action committees, specifically those seeking to support moderate candidates and

against extremist candidates of both political parties, such as Progress Tomorrow, Inc.

4. I had no involvement with respect to the publication, ordering, direction, procurement, creation, research, vetting, or approval of any political ads regarding Alan Grayson.

5. I was not part of any agreement with respect to the publication of any ads regarding Alan Grayson, much less an agreement to defame.

6. Further, at all relevant times, I had no ownership or financial interest or involvement whatsoever with Progress Tomorrow, Inc or United Together, Inc.

7. To the extent I was copied on any emails by Progress Tomorrow, Inc.'s outside vendors it was solely as a courtesy.

8. To the extent I was asked for any input regarding the Grayson political ads, such requests were in error, as reflected by the fact that I never actually provided any input and instead referred vendors to Progress Tomorrow, Inc. and its other vendors actually involved in the ad creation, review, and approval process.

9. In none of the emails did I approve or direct any of the Grayson ads.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2022.

_____
NANCY JACOBSON