IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAN GRAYSON,

    Plaintiff,

v.                          CASE NO.: 6:20-cv-01824-PGB-LRH

NO LABELS, INC.;
PROGRESS TOMORROW,
INC.; UNITED TOGETHER, INC.;
NANCY JACOBSON, MARK PENN,
and JOHN DOE(S)

    Defendants.
_____/

## DECLARATION OF JERALD S. HOWE, JR. IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

I, JERALD S. HOWE, JR., make the following declaration in support of *Defendants' Motions for Summary Judgment*:

1. My name is Jerald S. Howe, Jr. and I am over 21 years of age and I have personal knowledge of the facts set forth in this Declaration.

2. I am the Treasurer, a Director, and a co-founder of No Labels, Inc., a 501(c)(4) organization committed to fighting political polarization and gridlock.

3. I work for No Labels, Inc. on a volunteer basis and am not and have never been compensated for my work there.

4. As Treasurer of No Labels, Inc., I have knowledge of the organization's business activities and I am authorized to execute this Declaration on its behalf.

5. No Labels, Inc. is a centrist organization that brings together Democrats, Republicans, and Independents and those who are against extremism.

6. The idea behind "No Labels" is that you check your label, i.e., Democrat, Republican, or other, at the door and work toward non-partisan solutions to the nation's issues.

7. No Labels, Inc. seeks to give a voice to all citizens across the country that want their political leaders to work together, and it seeks to build a community of persons who share those ideals.

8. No Labels, Inc. however, is not involved in political campaigns, nor does it fund political campaigns.

9. No Labels, Inc. had no involvement with respect to the publication, ordering, direction, procurement, creation, research, vetting, or approval of any political ads regarding Alan Grayson.

10. No Labels, Inc. was not part of any agreement with respect to the publication of any ads regarding Alan Grayson, much less an agreement to defame.

11. No Labels, Inc. did not raise or spend money for political campaigns and the campaign regarding Alan Grayson is no exception.

12. No Labels, Inc., at all relevant times, had no ownership or financial interest whatsoever in Progress Tomorrow, Inc. or United Together, Inc.

13. No Labels, Inc. did not provide funds to Progress Tomorrow, Inc. or United Together, Inc. Nor did No Labels, Inc. receive funds from Progress Tomorrow, Inc. or United Together, Inc.

14. Margaret White was not an employee of No Labels, Inc. in late 2017 through August 2018 when the subject political campaign is alleged to have been conducted. She did become an employee of No Labels, Inc. in 2020, well after the publications at issue and the subject election.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2022.

_Jerald S. Howe, Jr._
JERALD S. HOWE, JR.