# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALAN GRAYSON,

        Plaintiff,

v.                                                            Case No:   6:20-cv-1824-PGB-LRH

NO LABELS, INC.,
PROGRESS TOMORROW, INC.,
UNITED TOGETHER, INC.,
NANCY JACOBSON,
MARK PENN and
JOHN DOES

        Defendants.

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| |
|---|
| **MOTION:   PLAINTIFF'S SPOLIATION MOTION (Doc. 96)** |
| **FILED:**      **January 3, 2022** |
| _____ |
| **THEREON** it is **ORDERED** that the motion is **DENIED as moot**. |

Plaintiff has filed an amended motion.   _See_ Doc. 97.

**DONE** and **ORDERED** in Orlando, Florida on January 11, 2022.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record