**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE:   Restrictions on Access to         CASE NO. 6:20-cv-1824-PGB-LHP
         Judge Byron's Courtroom

_____/

## COVID–19 ORDER

This Order is intended to protect the health and well-being of the Court's personnel during these unprecedented times and reflects the reality that some individuals who have business before the Court may have declined to receive available COVID-19 vaccinations. While every lawyer, witness, client, and client representative appearing before the Court may be fully vaccinated, the Court does not have access to such information.

Therefore, in an abundance of caution, it is ORDERED as follows: [1]

1. Unvaccinated attorneys, paralegals, and their support staff scheduled to be present at a hearing or trial must file a motion for leave to appear in person no later than 30 days before the scheduled hearing or trial. The Court may, in its discretion, direct unvaccinated counsel to appear remotely, such as via zoom, for hearings and trial, and may deny entry to unvaccinated paralegals and support staff. Hearings and/or trials will not

---

[1] Any individual affected by this Order who is unable to receive a COVID-19 vaccination due to a disability shall notify the Court no later than 30 days before the scheduled hearing so it may determine if a reasonable accommodation is feasible. This Order supplements Chief Judge Corrigan's COVID-19 Order dated January 21, 2022.

be continued simply because counsel or his/her support staff are unvaccinated and are precluded from entering the courtroom.

2. Fully vaccinated attorneys, paralegals, and their support staff may appear for a hearing or trial without separate leave of the Court. An individual is fully vaccinated 14 days after receiving the last dose of the COVID–19 vaccine. However, an individual is not fully vaccinated if they have neglected to receive an available booster vaccination. Proof of vaccination may be required by the Court for in-person appearances by counsel and their support staff.

3. No person may enter Judge Byron's courtroom, even if fully vaccinated, if that individual has experienced COVID–19 symptoms until at least 10 days have passed since the onset of symptoms. Unvaccinated individuals with permission to appear in Judge Byron's courtroom shall always wear a medical grade or surgical mask (no cloth masks). Face shields are not a substitute for a medical grade mask.

4. Each attorney appearing before the Court shall notify the Court at least 14 days prior to a hearing and at least 30 days before trial if any witness to be called by counsel has not been fully vaccinated or has declined to state his or her vaccination status. This requirement extends to clients and client representatives who wish to sit at counsel table. The Court may require any individual who cannot provide documentation that they are fully vaccinated to appear remotely.

**DONE AND ORDERED** in Orlando, Florida on April 5, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties