# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

June 12, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-10777-AA  
Case Style: Alan Grayson v. No Labels, Inc., et al  
District Court Docket No: 6:20-cv-01824-PGB-LHP

The enclosed order has been ENTERED.

Appellant's brief is due 30 days from the date of the enclosed order.

Electronic Filing  
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10777

_____

ALAN GRAYSON,

                                                                           Plaintiff-Appellant,

*versus*

NO LABELS, INC.,
PROGRESS TOMORROW, INC.,
UNITED TOGETHER, INC.,
NANCY JACOBSON,
MARK PENN,
JOHN DOES,

                                                                           Defendants-Appellees.

_____

2                           Order of the Court                          24-10777

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:20-cv-01824-PGB-LHP

_____

Before ROSENBAUM, NEWSOM, and ABUDU, Circuit Judges.

BY THE COURT:

Appellant Alan Grayson's motion for summary reversal of the district court's orders granting the Appellees' motion for attorney's fees and granting in part and denying in part the Appellees' motion as to the amount of attorney's fees is DENIED. Grayson has 30 days from the entry of this order to file his initial brief.

Grayson's motion to certify questions of state law to the Florida Supreme Court is CARRIED WITH THE CASE.