# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALAN GRAYSON,

    Plaintiff,

v.                                      Case No:   6:20-cv-1824-PGB-LHP

NO LABELS, INC., PROGRESS TOMORROW, INC., UNITED TOGETHER, INC., NANCY JACOBSON, MARK PENN and JOHN DOES,

    Defendants

---

## ORDER

Before the Court is Defendants' Renewed Motion for Appellate Attorneys' Fees Pursuant to Section 768.79, Florida Statutes, with Incorporated Memorandum of Law.  Doc. No. 231.  On review, the motion (Doc. No. 231) is **DENIED without prejudice**, for failure to comply with Local Rule 3.01(g)(3).  Defendants shall file a renewed motion in compliance with all applicable Local Rules and Court Orders on or before **January 30, 2026**.  Plaintiff is also cautioned that "[t]he purposeful evasion of a communication under [Local Rule 3.01(g)(3)] can result in a sanction." Local Rule 3.01(g)(3).

**DONE** and **ORDERED** in Orlando, Florida on January 22, 2026.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record