**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALAN GRAYSON,**

**Plaintiff,**

**v.** **Case No: 6:20-cv-01824-PGB-LHP**

**NO LABELS, INC., PROGRESS TOMORROW, INC., UNITED TOGETHER, INC., NANCY JACOBSON, MARK PENN and JOHN DOES,**

**Defendants.**

___________________________/

**ORDER**

This cause comes before the Court on Defendants No Labels, Inc., Progress Tomorrow, Inc., United Together, Inc., Nancy Jacobson, and Mark Penn's (collectively, the "**Defendants**") Motion for Appellate Attorney Fees Pursuant to Section 768.79, Florida Statutes. (Doc. 233 (the "**Motion**")). Plaintiff Alan Grayson ("**Plaintiff**") filed a response in opposition (Doc. 234), and Defendants filed an authorized reply. (Doc. 236).

On June 22, 2026, Magistrate Judge Leslie Hoffman Price submitted a Report recommending that Defendants' Motion be granted in part and denied in part. (Doc. 238 (the "**Report and Recommendation**")). No party has filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation filed on June 22, 2026 (Doc. 238), is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. Defendants No Labels, Inc., Progress Tomorrow, Inc., United Together, Inc., Nancy Jacobson, and Mark Penn's Motion for Appellate Attorney Fees Pursuant to Section 768.79, Florida Statutes (Doc. 233) is **GRANTED IN PART** and **DENIED IN PART**.
3. The Court hereby awards attorney's fees to Defendants in the amount of $30,731.25.
4. Defendants' Motion for Appellate Attorney Fees Pursuant to Section 768.79, Florida Statutes (Doc. 233) is **DENIED** in all other respects.

**DONE AND ORDERED** in Orlando, Florida on September 2, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties